Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ELLIOT MCGUCKEN,<br><br>Plaintiff,<br><br>v.<br><br>JVCKENWOOD USA CORPORATION, et al.,<br><br>Defendants. | Case No.: 2:25-cv-01056-AJR<br>*Honorable A. Joel Richlin Presiding*<br><br>**NOTICE OF SETTLEMENT OF ACTION** |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE that Plaintiff has reached an agreement in principle with Defendant JVCKENWOOD USA CORPORATION that addresses and will likely result in the dismissal of all claims at issue in this action.

So owing, Plaintiff respectfully requests that the current hearings, dates, and deadlines be vacated or continued by 45 days so that the parties can finalize, and address performance under, the agreement.

Respectfully submitted,

Date: April 3, 2025        By: */s/ Scott Alan Burroughs*
                               Scott Alan Burroughs, Esq.
                               DONIGER / BURROUGHS
                               Attorney for Plaintiff