Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DR. ELLIOT MCGUCKEN,<br><br>Plaintiff,<br><br>v.<br><br>JVCKENWOOD USA CORPORATION; et al.,<br><br>Defendants. | Case No.: 2:25-cv-01056-AJR<br><u>Honorable A. Joel Richlin Presiding</u><br><br>**STATUS REPORT RE SETTLEMENT** |
|---|---|

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Per the Court's order dated April 4, 2025 (Dkt. 11), Plaintiff, Dr. Elliot McGucken, hereby submits the following status report regarding the settlement reached with JVCKenwood USA Corporation.

Dr. McGucken filed Notice of Settlement on April 3, 2025 respectfully requesting that the Court vacate or continue all deadlines in the matter to finalize the settlement in principle. See Dkt. 9. The Court granted the request and ordered that a status report be filed by May 20, 2025.

Thereafter, the parties to the settlement agreement worked diligently to finalize the terms and perform thereunder. As of May 20, 2025, the parties have a fully executed agreement and all that remains is performance thereunder, which shall occur within 10 days of today's date. As such, the parties respectfully request 10 days to file the dismissal of this action.

Respectfully submitted,

Date: May 20, 2025

By: */s/ Trevor W. Barrett*
Trevor W. Barrett, Esq.
Scott Alan Burroughs, Esq.
Andres Navarro, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*