Scott Alan Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Andres Navarro (SBN 358499)
anavarro@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ELLIOT MCGUCKEN,<br><br>Plaintiff,<br><br>v.<br><br>JVCKENWOOD USA CORPORATION; et al.,<br><br>Defendants. | Case No.: 2:25-cv-01056-AJR<br><u>Honorable A. Joel Richlin Presiding</u><br><br>**NOTICE OF DISMISSAL OF ACTION** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Dr. Elliot McGucken hereby dismisses this action, *with prejudice*, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(i). Each party bears its own costs and attorneys' fees as incurred in this action.

Per the aforementioned statute, no court order is required in connection with this notice of dismissal.

Respectfully submitted,

Dated: May 28, 2025   By:   */s/ Trevor W. Barrett*
Trevor W. Barrett, Esq.
Scott Alan Burroughs, Esq.
Andres Navarro, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff